| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #123420<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 450<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile:  (310) 442-0660<br>E-mail: jselth@wztslaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor, LISA M. FANCHER | **FILED & ENTERED**<br><br>**JUL 12 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>LISA M. FANCHER,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:23-bk-10324-VK<br>CHAPTER:  13 |
|---|---|
| | **ORDER ON OBJECTIONS TO CLAIMS** |
| | DATE: July 11, 2023<br>TIME:  11:00 a.m.<br>COURTROOM: 301<br>PLACE: 21041 Burbank Boulevard<br>            Woodland Hills, CA 91367 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

**(NOTES FOR USE OF THIS FORM**: *List claims in ascending numerical order based upon the clerk's claim number.  Use a separate box below for each claim.  Attach as many continuation pages as are necessary.)*

| | | |
|---|---|---|
| Calendar Number: 43 | Claim Number: 11 | Claim Amount: $ 1,000,000.00 |
| Claimant Name: Louis Mayorga | | |
| ☒  Disallowed    ☐ Allowed | ☐  Unsecured: $ | ☐  Priority: $ |
| Comments: | | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 3007-1.1.ORDER.OBJ.CLAIM**

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

###

Date: July 12, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3007-1.1.ORDER.OBJ.CLAIM**