| Attorney Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar # 123420<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 450<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Email:  jselth@wztslaw.com | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

</div>

| In re:<br><br>LISA FANCHER,<br>dba Frontier Records, dba American Lesion Music, | CASE NUMBER: 1:23-bk-10324-VK<br><br>CHAPTER 13 |
|---|---|
| <div align="right">Debtor(s).</div> | **APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>**[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)]** |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number  5   .

2. **RARA Fee Agreement**  Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $  6,000.00   for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $  585.00   per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

   *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Additional Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

   | | |
   |---|---|
   | Fees for Additional Services | $ 21,703.50 |
   | Expenses related to Additional Services | $     38.08 |
   | Total | $ 21,741.58 |

---

<div align="center">

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

</div>

<div align="center">

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

</div>

**4. Case Status.** This Chapter 13 case has not been dismissed or converted.

**5. Plan Status.**

☑ A Chapter 13 Plan was confirmed in this case by order entered as docket number __42__ _.

☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) _____ _.

**6. Fee Award for Basic Services.**

☑ Attorney was awarded fees for Basic Services in the amount of $ _6,000.00_____ in the order confirming the plan and/or a separate order of the court.

**7. Prior Applications for Additional Fees.**

☑ Attorney has not previously applied for Additional Fees in this case.

☐ Attorney has previously applied for Additional Fees in this case.  A total of $ _____ has been awarded to Applicant for Additional Fees pursuant to prior requests.

☐ One or more applications for Additional Fees in this case are pending. See docket number(s).
_____.
A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

**8. Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
| --- | --- | --- |
| 2/9/2023 | $2,500.00 | Debtor |
| 3/13/2023 | $5,225.00 | Debtor |
|  |  |  |
|  |  |  |
| **TOTAL** | $7,725.00 |  |

**9. Amount and Basis for Compensation Requested.**

A. ☐ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

*(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
| --- | --- | --- | --- |
| $ | $750.00 | Unopposed motion to extend/impose automatic stay |  |
| $ | $350.00 | Unopposed application for order shortening time |  |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) |  |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order |  |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | $2,500.00 | Loan Modification Management Fees and Costs | |
| $ | | Total Requested | |

B. ☑ <u>Hourly or Other Additional Fees.</u> Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a.  Dates during which the Additional Services were provided: from (*dates*) <u>5/27/2023</u> to <u>11/20/2023</u> _.

    b.  Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| James R. Selth | Attorney | $   585.00 | 37.1 | $ 21,703.50 |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **TOTAL** | | 585.00 | 37.1 | 21,703.50 |

    c.  Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☑ if an addendum containing additional information is attached.)

    See attached Addendum

    d.  A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*March 2023*                    Page 3                    **F 3015-1.12.APP.CH13.FEES**

e.  If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

Not applicable.

**10. Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| E108 - Postage | $ 13.08 |
| E101 - Copying | $ 25.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **TOTAL** | $ 38.08 |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

*(Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.)*

**11. Request for Payment.**

■ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Consent and Declaration of Debtor**.

---

### CONSENT AND DECLARATION OF DEBTOR(S)

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this __12__ day of __January__, 20_24_ at (city) __Valley Village_____, (state) __CA__

Signature of Debtor 1: _____

Printed name of Debtor 1: **Lisa Fancher**_____

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

---

13. **Certifications of Counsel.**

    a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

    b. **No Debtor Consent and Declaration.** If Debtor has not executed the Consent and Declaration in Paragraph 12, the reason Debtor has not done so is as follows:

    c. **True and Correct**. I certify that the information contained in and attached to this Application is true and correct.

Date:__1/12/2024__

Respectfully submitted,

**/s/ James R. Selth**
Signature of Attorney for Debtor

James R. Selth
_____
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**In re LISA FANCHER**                                    **Case No. 1:23-bk-10324-VK**

### ADDENDUM – ADDITIONAL SERVICES

The services provided by Weintraub Zolkin Talerico & Selth LLP ("WZTS" or the "Firm"), attorneys for Lisa Fancher, debtor in the chapter 13 case herein, for the period May 1, 2023 through December 31, 2023, are allocable into three (3) primary categories:

1. **Objection to Mayorga Claim**

The deadline for filing proofs of claim in the Debtor's case was May 25, 2023.  On May 26, 2023, one day after the claims bar date, Louis Mayorga filed Claim No. 11 in the amount of $1,000,000 related to the Superior Court action entitled Louis Mayorga p/k/a/ Louichi Mayorga v. Lisa Fancher, et al; Case No. BC643234.  On May 31, 2023, WZTS prepared and filed the Debtor's *Objection to Late-Filed Proof of Claim 11 Filed by Louis Mayorga* ("Mayorga Objection") (Docket No. 23) and provided the Court with evidence that Mr. Mayorga and his counsel had ample notice of the bar date.  A hearing was set for July 11, 2023, at which time the Court ruled in favor of the Mayorga Objection and entered the *Order on Objection to Claim* on July 12, 2023 (Docket No. 34), disallowing Claim No. 11 in its entirety.

Services provided by WZTS related to the Mayorga Objection include analysis of the claim and related documentation, communications with the Debtor and co-counsel Michael Ackerman regarding the basis for objection to the Mayorga claim, research and preparation of the Objection and related pleadings, review of the docket regarding no opposition filed by Mr. Mayorga to the Mayorga Objection, and preparation and submission of the Order that was ultimately entered by the Court.  As a result of the efforts of the Firm, the Mayorga $1,000,000 claim has been expunged, and Mr. Mayorga no longer has any claim against the estate.  In total, the Firm's services total 6.0 hours in the amount of $3,510.00 for the Mayorga Objection.

2. **Objection to Royer Claim**

Casey Royer filed his Proof of Claim No. 6 on May 24, 2023, in which he claimed no less than $45,000 plus royalties for music written and performed for the past 40 years.  No evidence or documentation was provided with Claim No. 6.  Debtor had estimated the amounts owed to Mr.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 450
LOS ANGELES, CA 90025

Royer in her Schedules at approximately $5,000 for unpaid royalties, based on the Debtor's estimate of Mr. Royer's share of royalties as a member of the band *The Adolescents*, during the four-year period prior to the filing of the bankruptcy case.

Since no documentation was attached to Mr. Royer's claim, and in order to more accurately estimate the amounts owed, the Debtor retained the services of Wayne L. Greene, an experienced music royalty accountant, to analyze *The Adolescents* sales figures and calculate Mr. Royer's share of royalties owed by the Debtor's dba Frontier Records, in the four-year period before the commencement of the bankruptcy case. Once the estimate was obtained, the Firm prepared and filed the Debtor's *Objection to Proof of Claim 6 Filed by Casey Royer* ("Royer Objection") along with accompanying declarations of the Debtor and Mr. Greene and related evidence, which established that the value of Mr. Royer's claim was $11,155.96. The Royer Objection was filed on October 2, 2023 (Docket No. 47), and the Court set a hearing for November 14, 2023. No opposition to the Royer Objection was filed. The Court entered the *Order on Objection to Claim* on November 14, 2023 (Docket No. 52), in which the Court granted the Debtor's objection and allowed Mr. Royer's claim as a general unsecured claim in the amount of $11,155.96.

Services provided by WZTS related to the Royer Objection include analysis of the claim, communications with the Debtor regarding accounting for the Royer royalties, communications with co-counsel Michael Ackerman regarding the status of the royalties accounting, analysis of the contracts between *The Adolescents* and the Debtor, research and preparation of the Objection, supporting declarations of the Debtor and Mr. Greene and related evidence, and preparation and submission of the Order that was ultimately entered by the Court. As a result of the efforts of the Firm, the Royer $45,000 claim has been reduced and allowed in the amount of $11,155.96. In total, the Firm's services total 10.0 hours in the amount of $5,850.00 for the Royer Objection.

3.    **Defense of Mayorga Adversary Case (Adv. No. 1:23-ap-01026-VK)**

On July 17, 2023, Louis Mayorga filed a *Complaint for Nondischargeability and Objection to Discharge* (Docket No. 39), which commenced adversary action No. 1:23-ap-0126-VK ("Mayorga Adversary"). While the Court issued the Summons on July 17, 2023, the Summons was not served by Plaintiff or his counsel. On August 31, 2023, Plaintiff requested the Court issue

an Alias Summons, which was then served by Plaintiff.  As indicated in the Alias Summons, the Debtor's answer was due on October 2, 2023.

The Debtor filed a *Motion to (1) Dismiss Complaint Under FRCP 12(b)(6); and (2) Strike Certain Portions of the Complaint Under FRCP 12(f); or (3) Alternatively, Order a More Definite Statement Under FRCP 12(e)* on October 2, 2023 (Adv. Docket No. 9) ("Motion to Dismiss").  A hearing was set for November 1, 2023.  Plaintiff filed *Plaintiff Louis Mayorga's Opposition to Defendant Lisa Fancher's Motion to Dismiss and Strike Certain Portions of Complaint or Alternatively, Order for a More Definitive Statement* on October 18, 2023 (Adv. Docket No. 13).  Thereafter on October 25, 2023, the parties filed the *Joint Status Report* (Adv. Docket No. 14), and the Debtor filed *Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss Complaint and Strike Certain Portions of the Complaint or Alternatively, Order a More Definitive Statement* (Adv. Docket No. 15).

Following the hearing, on November 9, 2023, the Court entered the *Order re Defendant's Motion to (1) Dismiss Complaint Under FRCP 12(b)(6); and (2) Strike Certain Portions of the Complaint Under FRCP 12(f); or (3) Alternatively, Order a More Definite Statement Under FRCP 12(e)* ("Adversary Order") (Adv. Docket No. 20) and the *Scheduling Order* (Adv. Docket No. 21).  As set forth in the Adversary Order, the Court granted in part, and denied in part, the Debtor's Motion to Dismiss, allowing Mayorga the opportunity to amend his initial complaint.

Mayorga filed his *Amended Complaint* on November 30, 2023 (Adv. Docket No. 24), followed by an *Amended Unilateral Status Report* on December 13, 2023 (Adv. Docket No. 27).  The Debtor's *Answer to First Amended Complaint* was filed on December 14, 2023 (Adv. Docket No. 28).  The Adversary Status Conference was held on December 20, 2023, at which time the Court set deadlines for the completion of mediation, discovery, pretrial motions, pretrial stipulation and set the Pretrial Conference for June 12, 2024 at 1:30 p.m.  The *Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4)* setting forth the deadlines in the Court's tentative ruling was lodged with the Court on December 27, 2023.

Services provided by WZTS related to the Mayorga Adversary include analysis of the initial complaint, communications with the Debtor and co-counsel Michael Ackerman regarding

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 450
LOS ANGELES, CA 90025

ADDENDUM – ADDITIONAL SERVICES

response to the initial complaint, research and preparation of the Motion to Dismiss, analysis of the Plaintiff's opposition, research and preparation of the Debtor's reply, appearance at the hearing on the Motion to Dismiss, review of the lodged Adversary Order and related Scheduling Order. Following the filing of the Amended Complaint, the Firm's services included the analysis of the Amended Complaint, communications with co-counsel regarding the Debtor's Answer, preparation of the Debtor's Answer, appearance at the Mayorga Adversary status conference, communications with Plaintiff's counsel regarding the form of Scheduling Order and replacement mediator.  In total, the Firm's services total 21.1 hours in the amount of $12,343.50 for the Mayorga Adversary.

# EXHIBIT A

# WZTS Invoices

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

June 19, 2023

Lisa Fancher

**Invoice Number: 882**
Invoice Period: 05-27-2023 - 05-31-2023

For review only; fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 05-27-2023 | James Selth | Review of late-filed Mayorga claim and multiple e-mail correspondence with client and M. Ackerman regarding objection to same | 0.40 | 234.00 |
| 05-29-2023 | James Selth | Outline, legal research and initial preparation of Objection to late-filed Mayorga Claim | 1.60 | 936.00 |
| 05-30-2023 | James Selth | Continued preparation of Objection to late-filed Mayorga Claim and Declaration in Support | 2.70 | 1,579.50 |
| 05-31-2023 | James Selth | Final preparation of Objection to Mayorga Claim and compilation of exhibits thereto, preparation of Notice of Objection to Claim and Supplemental Zoom Hearing Notice and compilation for service and e-filing with Court | 0.70 | 409.50 |
| | | | **Total** | 3,159.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 5.40 | 585.00 | 3,159.00 |
| **Total** | | | 3,159.00 |

**Total for this Invoice**        3,159.00

We appreciate your business        Page   1   of   1

**EXHIBIT A - Page 11**

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

July 14, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 902**
Invoice Period: 06-13-2023 - 06-30-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 06-13-2023 | James Selth | E-mail correspondence with client regarding basis to object to Royer Proof of Claim | 0.20 | 117.00 |
| 06-14-2023 | James Selth | Confer with client regarding timing of filing of Objection to Royer claim and obtaining royalties report re same | 0.20 | 117.00 |
| 06-28-2023 | James Selth | Review of case docket regarding no Opposition filed to Objection to Mayorga Claim and e-mail correspondence to client regarding same | 0.10 | 58.50 |
| | | | **Total** | 292.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| James Selth | 0.50 | 585.00 | 292.50 |
| **Total** | | | 292.50 |

| | | | |
|---|---|---|---|
| **Total for this Invoice** | | | 292.50 |

We appreciate your business                    Page    1    of    1

**EXHIBIT A - Page 12**

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

August 15, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1259**
Invoice Period: 07-01-2023 - 07-31-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 07-10-2023 | James Selth | Review of Court tentative ruling granting Objection to Mayorga claim and waiving appearances | 0.10 | 58.50 |
| 07-11-2023 | James Selth | Preparation of Order Disallowing Mayorga claim and compilation for e-filing with Court | 0.30 | 175.50 |
| 07-12-2023 | James Selth | Review of entered Order disallowing Mayorga claim | 0.10 | 58.50 |
| 07-13-2023 | James Selth | Review of Status Report filed by Mayorga in Superior Court case and multiple e-mail correspondence with M. Ackerman and client regarding threatened nondischargeability case and response to Status Report | 0.50 | 292.50 |
| 07-17-2023 | James Selth | Initial review of nondischargeability Complaint filed by Mayorga and e-mail correspondence with client and M. Ackerman re same | 0.30 | 175.50 |
| 07-18-2023 | James Selth | Multiple e- mail correspondence with M. Ackerman and client re response to adversary complaint, scheduled Status Conference date and hearing in Superior Court case | 0.30 | 175.50 |
| 07-25-2023 | James Selth | Review of detailed analysis of adversary complaint from co-counsel and e-mail correspondence with client regarding effect of failure to timely serve Summons and Complaint | 0.40 | 234.00 |
| 07-28-2023 | James Selth | E-mail correspondence with client regarding no service of adversary Complaint and review of case docket re same | 0.10 | 58.50 |
| 07-30-2023 | James Selth | E-mail correspondence to client regarding status of accounting for objection to Casey Royer claim | 0.10 | 58.50 |
| | | | **Total** | 1,287.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 2.20 | 585.00 | 1,287.00 |
| **Total** | | | 1,287.00 |
| **Total for this Invoice** | | | **1,287.00** |

We appreciate your business         Page   1   of   1

**EXHIBIT A - Page 13**

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

September 25, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1050**
Invoice Period: 08-02-2023 - 08-31-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|--------------|-------------|-------|--------|
| 08-02-2023 | James Selth | E-mail correspondence with M. Ackerman and client re lack of service of adversary Complaint and Bankruptcy Rule re same | 0.20 | 117.00 |
| 08-10-2023 | James Selth | E-mail correspondence with client re status of Royer accounting and timing of payment of claim | 0.10 | 58.50 |
| 08-14-2023 | James Selth | Initial preparation of Objection to Royer Claim | 0.60 | 351.00 |
| 08-16-2023 | James Selth | Multiple e-mail correspondence with client regarding status of accounting of Royer royalty claim and information needed for Declarations | 0.20 | 117.00 |
| 08-17-2023 | James Selth | Telephone call with M. Ackerman regarding details of royalty accounting and payment and distribution issues for preparation of Objection to Royer claim | 0.50 | 292.50 |
| 08-17-2023 | James Selth | Multiple e-mail correspondence with M. Ackerman and client regarding status of royalty accounting to object to Royer claim | 0.20 | 117.00 |
| 08-22-2023 | James Selth | Review and reply to e-mail from client regarding preparation of accounting of Royer claim | 0.10 | 58.50 |
| 08-31-2023 | James Selth | E-mail correspondence to client and M. Ackerman regarding status of Royer accounting to prepare Objection to Claim | 0.10 | 58.50 |
| 08-31-2023 | James Selth | Review of filed Request to Issue Another Summons filed in Mayorga nondischargeability case and issued Summons and multiple e-mail correspondence to client and M. Ackerman regarding same | 0.20 | 117.00 |
| 08-31-2023 | James Selth | Telephone call with M. Ackerman regarding strategy for 12(b)(6) Motion to Dismiss adversary Complaint | 0.20 | 117.00 |

|  |  |  | **Total** | 1,404.00 |
|--|--|--|-----------|----------|

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| James Selth | 2.40 | 585.00 | 1,404.00 |

We appreciate your business                    Page   1   of   2

**EXHIBIT A - Page 14**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| **Total** | | | 1,404.00 |
| | | | |
| **Total for this Invoice** | | | 1,404.00 |

We appreciate your business                    Page   2   of   2

**EXHIBIT A - Page 15**

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

October 24, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1118**
Invoice Period: 09-01-2023 - 09-30-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09-01-2023 | James Selth | Review of filed Proof of Service of Mayorga Summons and Complaint and e-mail correspondence with client and M. Ackerman re same | 0.10 | 58.50 |
| 09-05-2023 | James Selth | E-mail correspondence from client regarding service of Mayorga Summons and Complaint at home address | 0.10 | 58.50 |
| 09-07-2023 | James Selth | Review and analysis of Royer royalty statement and multiple e-mail correspondence regarding same and preparation of Greene Declaration in Support of Objection to Claim | 0.40 | 234.00 |
| 09-08-2023 | James Selth | E-mail correspondence and telephone call with M. Ackerman regarding royalty accounting issues for Royer Objection to Claim | 0.50 | 292.50 |
| 09-09-2023 | James Selth | Review and reply to e-mail from M. Ackerman regarding filed Notice of Stay in Superior Court case | 0.10 | 58.50 |
| 09-14-2023 | James Selth | Initial preparation of Objection to Royer Claim and Declarations in Support; e-mail correspondence to M. Ackerman and client regarding same and Adolescents contract | 0.80 | 468.00 |
| 09-15-2023 | James Selth | Review of Adolescents contracts and e-mail correspondence wtih client and M. Ackerman regarding same | 0.20 | 117.00 |
| 09-22-2023 | James Selth | Telephone call from M. Ackerman regarding draft of Objection to Royer claim | 0.10 | 58.50 |
| 09-25-2023 | James Selth | Legal research and continued preparation of Objection to Royer Claim and Declarations in Support; multiple e-mail correspondence with M.Ackerman and client re same | 2.70 | 1,579.50 |
| 09-26-2023 | James Selth | Preparation of Notice of Objection to Royer Claim and Supplemental Notice of Zoom Hearing and compilation of exhibits to Objection to Claim | 0.40 | 234.00 |
| 09-27-2023 | James Selth | E-mail correspondence to M. Ackerman re final approval of Objection to Royer Claim | 0.10 | 58.50 |

We appreciate your business

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 09-28-2023 | James Selth | Multiple e-mail correspondence with M. Ackerman and client re delay of filing Objection to Royer Claim pending updated royalty statement | 0.20 | 117.00 |
| 09-29-2023 | James Selth | Legal research, outline and initial and preparation of Motion to Dismiss Adversary Case and multiple e-mail correspondence with co-counsel regarding same | 3.80 | 2,223.00 |
| 09-29-2023 | James Selth | Multiple e-mail correspondence with co-counsel and client regarding exhibits to Objection to Royer Claim and continued preparation of same | 0.50 | 292.50 |
| 09-30-2023 | James Selth | Multiple e-mail correspondence with M. Ackerman, W. Greene and client regarding revisions to Objection to Royer Claim, Declarations in Support and continued preparation of same | 0.60 | 351.00 |
| 09-30-2023 | James Selth | Continued legal research and preparation of Motion to Dismiss Adversary Case and multiple e-mail correspondence with co-counsel regarding same | 3.40 | 1,989.00 |
| | | **Total** | | 8,190.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 14.00 | 585.00 | 8,190.00 |
| **Total** | | | 8,190.00 |

## Expenses

| Date | Expense | Description | Amount |
|------|---------|-------------|--------|
| 09-25-2023 | E108 - Postage | E108 - Postage | 6.54 |
| | | **Total Expenses** | 6.54 |
| | | **Total for this Invoice** | 8,196.54 |

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

November 20, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1148**
Invoice Period: 10-02-2023 - 10-31-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|--------------|-------------|-------|--------|
| 10-02-2023 | James Selth | Final preparation of Notice and Objection to Royer Claim, multiple e-mail correspondence with client and W. Greene re signed Declarations in Support; compilation of Notice and Objection for service and e-filing with Court | 0.60 | 351.00 |
| 10-02-2023 | James Selth | Final preparation of Motion to Dismiss Adversary Case and compilation for service and e-filing with Court | 0.30 | 175.50 |
| 10-03-2023 | James Selth | E-mail correspondence to M. Ackerman regarding filed Motion to Dismiss and Objection to Royer Claim and opposition deadlines | 0.10 | 58.50 |
| 10-19-2023 | James Selth | Review of Opposition to Motion to Dismiss and e-mail correspondence to M. Ackerman and client regarding same | 0.30 | 175.50 |
| 10-20-2023 | James Selth | Telephone call with M. Ackerman regarding analysis of Opposition to Motion to Dismiss and Reply thereto | 0.30 | 175.50 |
| 10-20-2023 | James Selth | E-mail correspondence to Plaintiff's counsel regarding requirement to prepare Joint Status Report | 0.10 | 58.50 |
| 10-23-2023 | James Selth | Legal research and Initial preparation of Reply to Opposition to Motion to Dismiss; e-mail correspondence to M. Ackerman re same | 0.70 | 409.50 |
| 10-25-2023 | James Selth | Review and execution of Joint Status Report and telephone call with E. Martorell regarding same and mediation procedures | 0.50 | 292.50 |
| 10-25-2023 | James Selth | Continued legal research and final preparation of Reply to Opposition to Motion to Dismiss and multiple e-mail correspondence with M. Ackerman re same | 2.40 | 1,404.00 |
| 10-26-2023 | James Selth | E-mail correspondence to client and M. Ackerman regarding filed Reply to Opposition to Motion to Dismiss and Joint Status Report and results of call with E. Martorell | 0.20 | 117.00 |
| 10-27-2023 | James Selth | Multiple e-mail correspondence with M. Ackerman and client regarding Motion to Dismiss adversary case | 0.20 | 117.00 |

We appreciate your business

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 10-31-2023 | James Selth | Review of Court tentative ruling on Motion to Dismiss, e-mail correspondence and telephone call with M. Ackerman and client regarding same | 0.40 | 234.00 |
| | | **Total** | | 3,568.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 6.10 | 585.00 | 3,568.50 |
| **Total** | | | 3,568.50 |

## Expenses

| Date | Expense | Description | Amount |
|------|---------|-------------|--------|
| 10-02-2023 | E108 - Postage | E108 - Postage | 6.54 |
| | | **Total Expenses** | 6.54 |

| | |
|---|---|
| **Total for this Invoice** | 3,575.04 |

We appreciate your business                    Page   2   of   2

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

December 15, 2023

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1208**
Invoice Period: 11-01-2023 - 11-30-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 11-01-2023 | James Selth | Zoom appearance in Woodland Hills Bankruptcy Court for hearing on Motion to Dismiss; confer with M. Ackerman following hearing | 0.50 | 292.50 |
| 11-02-2023 | James Selth | Review of Mayorga Complaint for malpractice against former counsel and exhibits thereto | 0.10 | 58.50 |
| 11-02-2023 | James Selth | Review of posted final ruling on Motion to Dismiss and e-mail correspondence to client regarding results of hearing | 0.20 | 117.00 |
| 11-08-2023 | James Selth | Review and reply to e-mail from M. Ackerman regarding lack of lodged Order on Motion to Dismiss and deadline under Local Rules | 0.20 | 117.00 |
| 11-09-2023 | James Selth | Review of lodged Order on Motion to Dismiss and Scheduling Order and e-mail correspondence to M. Ackerman re same | 0.20 | 117.00 |
| 11-10-2023 | James Selth | Review of entered Order on Motion to Dismiss and Scheduling Order and e-mail correspondence to client and M. Ackerman re same | 0.20 | 117.00 |
| 11-13-2023 | James Selth | Review of Court ruling sustaining Objection to Royer claim and e-mail correspondence to client regarding same and intent to prepare Fee Application | 0.20 | 117.00 |
| 11-14-2023 | James Selth | Preparation of Order Granting Objection to Royer claim and compilation for lodging with Court | 0.20 | 117.00 |
| 11-15-2023 | James Selth | Review of entered Order Granting Objection to Royer Claim | 0.10 | 58.50 |
| | | | **Total** | 1,111.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 1.90 | 585.00 | 1,111.50 |
| **Total** | | | 1,111.50 |

## Expenses

We appreciate your business

Page   1   of   2

**EXHIBIT A - Page 20**

| Date | Expense | Description | Amount |
|------|---------|-------------|--------|
| 11-06-2023 | E101 - Copying | E101 - Copying | 11.40 |

|  |  | **Total Expenses** | 11.40 |
|--|--|--------------------|-------|

|  |  | **Total for this Invoice** | 1,122.90 |
|--|--|----------------------------|----------|

We appreciate your business                    Page   2   of   2

**EXHIBIT A - Page 21**

**Weintraub Zolkin Talerico and Selth LLP**
11766 Wilshire Blvd STE 450
Los Angeles, CA 90025
(310) 207–1494

January 04, 2024

**Lisa Fancher**
Lisa Fancher

**Invoice Number: 1241**
Invoice Period: 12-01-2023 - 12-31-2023

FOR REVIEW ONLY; Fees to be paid through Plan

**RE: Post Ch 13 Hourly-5013.03**

## Time Details

| Date | Professional | Description | Hours | Amount |
|------|-------------|-------------|-------|--------|
| 12-01-2023 | James Selth | Initial review of Amended Complaint and e-mail correspondence to client and M. Ackerman re same | 0.20 | 117.00 |
| 12-07-2023 | James Selth | Multiple e-mail correspondence from Plaintiff's counsel re Joint Status Report for Status Conference | 0.20 | 117.00 |
| 12-11-2023 | James Selth | Telephone call with M. Ackerman regarding First Amended Complaint and review of analysis regarding same | 0.60 | 351.00 |
| 12-13-2023 | James Selth | Multiple telephone calls and e-mail correspondence with M. Ackerman regarding option of new Motion to Dismiss and preparing draft Answer to First Amended Complaint | 0.70 | 409.50 |
| 12-14-2023 | James Selth | Final preparation of Answer to Complaint and compilation for e-filing with Court | 1.30 | 760.50 |
| 12-15-2023 | James Selth | E-mail correspondence with client re filed Answer to Complaint | 0.10 | 58.50 |
| 12-20-2023 | James Selth | Review of Court tentative ruling and multiple e-mail correspondence with Plaintiff's counsel regarding selection of mediator | 0.30 | 175.50 |
| 12-20-2023 | James Selth | Zoom appearance in Woodland Hills Bankruptcy Court for Status Conference | 0.30 | 175.50 |
| 12-21-2023 | James Selth | Review of discovery notes from M. Ackerman and e-mail correspondence regarding deadlines set at Status Conference | 0.20 | 117.00 |
| 12-21-2023 | James Selth | Multiple e-mail correspondence with Plaintiff's counsel regarding selection of replacement mediator | 0.20 | 117.00 |
| 12-27-2023 | James Selth | Multiple e-mail correspondence with Plaintiff's counsel regarding selection of mediator | 0.20 | 117.00 |
| 12-28-2023 | James Selth | E-mail correspondence to Plaintiff's counsel regarding mediator issues and form of Order | 0.30 | 175.50 |

We appreciate your business

Page  1  of  2

**EXHIBIT A - Page 22**

| Date | Professional | Description | | Hours | Amount |
|------|-------------|-------------|---|-------|--------|
| | | | **Total** | | 2,691.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| James Selth | 4.60 | 585.00 | 2,691.00 |
| | **Total** | | 2,691.00 |

## Expenses

| Date | Expense | Description | Amount |
|------|---------|-------------|--------|
| 12-11-2023 | E101 - Copying | E101 - Copying | 10.20 |
| 12-18-2023 | E101 - Copying | E101 - Copying | 3.40 |
| | | **Total Expenses** | 13.60 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 2,704.60 |

We appreciate your business

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 450, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled **APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 18, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Eduardo Martorell**  emartorell@martorell-law.com, JSotolongo@Martorell-Law.com; RRodriguez@martorell-Law.com;GPerez@Martorell-Law.com
- **Elizabeth (SV) F Rojas (TR)**  cacb_ecf_sv@ch13wla.com
- **James R Selth**  jselth@wztslaw.com, jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com
- **Daniel I Singer**  dsinger@sokrem.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2024 | Martha E. Araki | /s/ *Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.