UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

TO:  Lisa Fancher
PO Box 22
Sun Valley, CA  91353-0022

DATE:         04/08/2024
CASE NO.:     1:23-bk-10324-VK
BAR DATE:     08/15/2023
% TO UNSEC:   100.00%

## AMENDED NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  Lisa Fancher, PO Box 22, Sun Valley, CA  91353-0022

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR(S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Lisa Fancher | PO Box 22<br>Sun Valley, CA  91353-0022 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | JAMES R. SELTH | Weintraub Zolkin Talerico & Selth, LLP<br>11766 Wilshire Boulevard, #730<br>Los Angeles, CA  90025 | | $21,741.58 | $21,741.58 | 0.00 | UNSPECIFIED CLASS |
| 0001 | NewRez LLC d/b/a SHELLPOINT MORTGAGE SERVICING<br>ACCT# 7167 | P O Box 10826<br>Greenville, SC  29603-0675 | 05/18/2023 | PAID OUTSIDE | $0.00 | 0.00 | PRINCIPAL RESIDENCE - OTHER |
| 0002 | Hyundai Lease Titling Trust<br>ACCT# 2909 | PO Box 20825<br>Fountain Valley, CA  92728 | 04/27/2023 | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0003 | Hyundai Lease Titling Trust | PO Box 20825<br>Fountain Valley, CA  92728 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0004 | US BANK NATIONAL ASSOCIATION<br>ACCT# 9804 | P O Box 5227<br>Attention: Payment Processing<br>Cincinnati, OH  45201 | 04/04/2023 | $22,547.61 | $22,547.61 | 0.00 | SECURED |
| 0005 | FRANCHISE TAX BOARD<br>ACCT# 9896 | Bankruptcy Section MS A340<br>P O BOX 2952<br>Sacramento, CA  95812-2952 | 06/07/2023 | $352.00 | $352.00 | 0.00 | PRIORITY |
| 0006 | FRANCHISE TAX BOARD<br>ACCT# 9896 | Bankruptcy Section MS A340<br>P O BOX 2952<br>Sacramento, CA  95812-2952 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0007 | INTERNAL REVENUE SERVICE<br>ACCT# 9896'21'22 | P O Box 7317<br>Philadelphia, PA  19101-7317 | 06/13/2023 | $7,401.70 | $6,926.60 | 0.00 | PRIORITY |
| 0008 | INTERNAL REVENUE SERVICE<br>ACCT# 9896 | P O Box 7317<br>Philadelphia, PA  19101-7317 | 06/13/2023 | $0.00 | $492.63 | 0.00 | UNSECURED |
| 0009 | Alicia Velasquez | 28515 N. North Valley Pkwy., #2117<br>Phoenix, AZ  85085 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0010 | Amery Smith | P.O. Box 5271<br>Playa Del Rey, CA  90296-5271 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | Bank of America<br>ACCT# 1422 | P.O. Box 672050<br>Dallas, TX  75267-2050 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0012 | BMG Rights Management | 1745 Broadway, 19th Fl.<br>New York, NY  10019 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0013 | Brandt Peterson | 12156 SE 37th St.<br>Portland, OR  97222-6916 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | Bruce Atta | 2332 Westcott Ave.<br>Monterey Park, CA  91754 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0015 | CASEY ROYER | 208 20th Street<br>Newport Beach, CA 92663 | 05/24/2023 | $5,000.00 | $11,155.96 | 0.00 | UNSECURED |
| 0016 | Charlotte Caffey | P.O. Box 29309<br>Los Angeles, CA 90029-0309 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | JPMORGAN CHASE BANK, N.A.<br>ACCT# 5715 | P O Box 15368<br>Wilmington, DE 19850 | 04/07/2023 | $6,820.95 | $6,820.95 | 0.00 | UNSECURED |
| 0018 | Chip Kinman | 1812 N. Brighton St.<br>Burbank, CA 91506-1006 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0019 | Christine Cervenka | 311 N. Waverly St.<br>Orange, CA 92866-1246 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0020 | Cliff Roman | 2802 Cedar Wood Pl.<br>Thousand Oaks, CA 91362-1244 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0021 | David Anthony Valdez | 15 Esplanade, Unit 15<br>Irvine, CA 92612-1710 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0022 | David Brown | 202 Reiber Rd.<br>Renfrew, PA 16053 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0023 | Denise Mercedes | 60-48 60th Dr.<br>Maspeth, NY 11378-3534 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0024 | Dianne Chai | 4908 Dewey Rose Ct.<br>Tampa, FL 33624-1047 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0025 | Donald Bonebrake | 6550 Bobbyboyar Ave.<br>West Hills, CA 91307-3425 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0026 | KARISH & BJORGUM, PC | 119 East Union Street, #B<br>Pasadena, CA 91103-3951 | 05/25/2023 | $0.00 | $14,000.00 | 0.00 | UNSECURED |
| 0027 | Estate of Dix Denney | 12400 Ventura Blvd., Suite 126<br>Studio City, CA 91604-2406 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0028 | Francis Agnew | 5262 Acacia Ave.<br>Garden Grove, CA 92845 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0029 | George Belanger | 200 Mill Creek Rd.<br>Stoutland, MO 65567 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0030 | Glen Friedman | P.O. Box 69<br>Cooper Station<br>New York, NY 10276 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0031 | Grant Estes | 3662 Barham Blvd., #M224<br>Los Angeles, CA 90068-1150 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0032 | Guy Kyser | 27 Bliss Ave.<br>Woodland, CA 95695-2816 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0033 | Harley Flanagan | c/o Laura Lee Flanagan<br>110 Seaman Ave., #6E<br>New York, NY 10034 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0034 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>ACCT# 3998 | P O Box 12914<br>Norfolk, VA 23541 | 05/25/2023 | $1,793.45 | $1,793.45 | 0.00 | UNSECURED |
| 0035 | JAMES IRVINE | 195 Palatine Drive<br>Alhambra, CA 91801 | 05/18/2023 | $5,000.00 | $8,000.00 | 0.00 | UNSECURED |
| 0036 | James Rodriguez | 9392 Breakwater Cir.<br>Huntington Beach, CA 92646-7203 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0037 | Jeff Atta | 735 Barris Dr.<br>Fullerton, CA 92832 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0038 | Joe Becker | 36 Borica St.<br>San Francisco, CA 94127-2802 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0039 | Joey Ruffino | 21061 Inferno Ln.<br>Huntington Beach, CA 92646-6003 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0040 | John Curry | 73593 Pinyon St.<br>Palm Desert, CA 92260-4719 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0041 | John Denney | 3436 Dryades St.<br>New Orleans, LA 70115-5221 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0042 | John Duchac | 7515 Meadowview Ln.<br>Austin, TX 78752-1316 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0043 | Kurt Bauman | 16742 Daisy Ave.<br>Fountain Valley, CA 92708 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0044 | Kurt Bloch | 320 NW 53rd St.<br>Seattle, WA 98107-3527 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0045 | Kurt Heasley | 841 Woodland Church Rd.<br>Buckingham, VA 23921 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0046 | Larry Painter | 21 Lindholm Ln.<br>Bayside, CA 95524 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0047 | LOUIS MAYORGA | %Martorell Law APC Jean-Paul Le Clercq<br>6100 Center Drive, #1130<br>Los Angeles, CA 90045 | 05/26/2023 | DISALLOWED | $0.00 | 0.00 | UNSECURED |
| 0048 | Marc Martin | 51 Cayman Brac<br>Aliso Viejo, CA 92656-6003 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0049 | Mark Malone | 6678 Lindbergh Ave.<br>Fontana, CA 92336-4123 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0050 | Mary Sims | 5411 Russell Ave., #2<br>Los Angeles, CA 90027 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0051 | Matt Simon | 1213 Grove Pl.<br>Fullerton, CA 92831 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0052 | LAW OFFICES OF MICHAEL B. ACKERMAN, ESQ. | 151 South Parkwood Avenue<br>Pasadena, CA 91107-4713 | 05/24/2023 | $0.00 | $52,700.00 | 0.00 | UNSECURED |
| 0053 | Mike Muir | P.O. Box 325<br>Somis, CA 93066 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0054 | Mike Patton | 1090 Arlington Pl.<br>Bogart, GA 30622 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0055 | Neil Gust | 60 Broadway, #6F<br>Brooklyn, NY 11249-8651 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0056 | Pam Atta<br>ACCT# 1000 | 1870 Skyline Way<br>Fullerton, CA 92831 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0057 | Patricia Vanian | 82 Somervell Road<br>Harrow, Middlesex HA2 8TT<br>ENGLAND<br>Harrow, | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0058 | Penelope Houston | 6459 Hillgass Ave.<br>Oakland, CA 94618-1311 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0059 | Philip Soto | 502 Lee Pl.<br>Placentia, CA 92870 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0060 | Randy Stodola | 765 W. 1st St.<br>San Pedro, CA 90731-1984 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0061 | Rikk Agnew | P.O. Box 401<br>Joshua Tree, CA 92252 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0062 | Roger Kunkel | 2205 Shasta Dr.<br>Davis, CA 95616-6623 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0063 | Scott Guerin | 370 Giano Ave.<br>La Puente, CA 91744-5811 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0064 | Scott Lasken | 6 Evergreen Dr.<br>Placitas, NM 87043-8903 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0065 | Scott McCaughey | 3715 N. Kerby Ave.<br>Portland, OR 97227-1239 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0066 | Steve McDonald | 2600 Park Oak Dr.<br>Los Angeles, CA 90068-2544 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0067 | STEPHEN JULIAN TESLUK | 4840 Highway 66<br>Ashland, OR  97520 | 05/24/2023 | $500.00 | $1,500.00 | 0.00 | UNSECURED |
| 0068 | Tad Hutchison | 6559 35th St., #333<br>Seattle, WA  98115-7331 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0069 | Timothy J Carhart | 6064 E. Oakbrook St.<br>Long Beach, CA  90815-2227 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0070 | Tony Brandenburg | 153 N. Lima St.<br>Sierra Madre, CA  91024 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0071 | Tony Lash | 5336 SE 68th St.<br>Portland, OR  97206-5336 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0072 | U.S. Bank<br>ACCT# 1073 | P.O. Box 790408<br>St. Louis, MO  63179-0408 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0073 | U.S. Bank<br>ACCT# 9804 | P.O. Box 790179<br>St. Louis, MO  63179-0179 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0074 | Ward Dotson | Purok 4, Barangay Anonang<br>Anonang 8119<br>PHILIPPINES<br>Purok 4, | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0075 | Wayne L. Greene | 2355 Westwood Blvd., #314<br>Los Angeles, CA  90064 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0076 | Jeff McDonald | 4800 Bryn Mawr Rd.<br>Los Angeles, CA  90027-1109 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0077 | Stuart T. Kindell | 926 E. Glendora Ave.<br>Orange, CA  92865-2846 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0078 | Matrix Financial Services Corporation | 446 Wrenplace Road<br>Fort Mill, SC  29715 | 06/30/2023 | WITHDRAWN | $0.00 | 0.00 | UNSECURED |

|  |  |
|---|---:|
| TOTAL PRIORITY: | $29,020.18 |
| TOTAL SECURED: | $22,547.61 |
| TOTAL UNSECURED: | $96,462.99 |
| TOTAL ALL CLAIMS: | $148,030.78 |

**\* \* \* EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY \* \* \***

| | | | |
|---|---|---|---|
| 0000 | Lisa Fancher | PO Box 22<br>Sun Valley, CA  91353-0022 | $0.00 |
| 0000 | JAMES R. SELTH | Weintraub Zolkin Talerico &  Selth, LLP<br>11766 Wilshire Boulevard, #730<br>Los Angeles, CA  90025 | $21,741.58 |
| 0001 | NewRez LLC d/b/a SHELLPOINT MORTGAGE SERVICING<br>ACCT# 7167 | P O Box 10826<br>Greenville, SC  29603-0675 | PAID OUTSIDE |
| 0002 | Hyundai Lease Titling Trust<br>ACCT# 2909 | PO Box 20825<br>Fountain Valley, CA  92728 | $0.00 |
| 0003 | Hyundai Lease Titling Trust | PO Box 20825<br>Fountain Valley, CA  92728 | NO CLAIM FILED |
| 0004 | US BANK NATIONAL ASSOCIATION<br>ACCT# 9804 | P O Box 5227<br>Attention:  Payment Processing<br>Cincinnati, OH  45201 | $22,547.61 |
| 0005 | FRANCHISE TAX BOARD<br>ACCT# 9896 | Bankruptcy Section MS A340<br>P O BOX 2952<br>Sacramento, CA  95812-2952 | $352.00 |
| 0006 | FRANCHISE TAX BOARD<br>ACCT# 9896 | Bankruptcy Section MS A340<br>P O BOX 2952<br>Sacramento, CA  95812-2952 | NO CLAIM FILED |
| 0007 | INTERNAL REVENUE SERVICE<br>ACCT# 9896'21'22 | P O Box 7317<br>Philadelphia, PA  19101-7317 | $7,401.70 |
| 0008 | INTERNAL REVENUE SERVICE<br>ACCT# 9896 | P O Box 7317<br>Philadelphia, PA  19101-7317 | $0.00 |
| 0009 | Alicia Velasquez | 28515 N. North Valley Pkwy., #2117<br>Phoenix, AZ  85085 | NO CLAIM FILED |
| 0010 | Amery Smith | P.O. Box 5271<br>Playa Del Rey, CA  90296-5271 | NO CLAIM FILED |
| 0011 | Bank of America<br>ACCT# 1422 | P.O. Box 672050<br>Dallas, TX  75267-2050 | NO CLAIM FILED |
| 0012 | BMG Rights Management | 1745 Broadway, 19th Fl.<br>New York, NY  10019 | NO CLAIM FILED |
| 0013 | Brandt Peterson | 12156 SE 37th St.<br>Portland, OR  97222-6916 | NO CLAIM FILED |
| 0014 | Bruce Atta | 2332 Westcott Ave.<br>Monterey Park, CA  91754 | NO CLAIM FILED |
| 0015 | CASEY ROYER | 208 20th Street<br>Newport Beach, CA  92663 | $5,000.00 |
| 0016 | Charlotte Caffey | P.O. Box 29309<br>Los Angeles, CA  90029-0309 | NO CLAIM FILED |
| 0017 | JPMORGAN CHASE BANK, N.A.<br>ACCT# 5715 | P O Box 15368<br>Wilmington, DE  19850 | $6,820.95 |
| 0018 | Chip Kinman | 1812 N. Brighton St.<br>Burbank, CA  91506-1006 | NO CLAIM FILED |
| 0019 | Christine Cervenka | 311 N. Waverly St.<br>Orange, CA  92866-1246 | NO CLAIM FILED |
| 0020 | Cliff Roman | 2802 Cedar Wood Pl.<br>Thousand Oaks, CA  91362-1244 | NO CLAIM FILED |
| 0021 | David Anthony Valdez | 15 Esplanade, Unit 15<br>Irvine, CA  92612-1710 | NO CLAIM FILED |
| 0022 | David Brown | 202 Reiber Rd.<br>Renfrew, PA  16053 | NO CLAIM FILED |
| 0023 | Denise Mercedes | 60-48 60th Dr.<br>Maspeth, NY  11378-3534 | NO CLAIM FILED |

## * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0024 | Dianne Chai | 4908 Dewey Rose Ct.<br>Tampa, FL  33624-1047 | NO CLAIM FILED |
| 0025 | Donald Bonebrake | 6550 Bobbyboyar Ave.<br>West Hills, CA  91307-3425 | NO CLAIM FILED |
| 0026 | KARISH & BJORGUM, PC | 119 East Union Street, #B<br>Pasadena, CA  91103-3951 | $0.00 |
| 0027 | Estate of Dix Denney | 12400 Ventura Blvd., Suite 126<br>Studio City, CA  91604-2406 | NO CLAIM FILED |
| 0028 | Francis Agnew | 5262 Acacia Ave.<br>Garden Grove, CA  92845 | NO CLAIM FILED |
| 0029 | George Belanger | 200 Mill Creek Rd.<br>Stoutland, MO  65567 | NO CLAIM FILED |
| 0030 | Glen Friedman | P.O. Box 69<br>Cooper Station<br>New York, NY  10276 | NO CLAIM FILED |
| 0031 | Grant Estes | 3662 Barham Blvd., #M224<br>Los Angeles, CA  90068-1150 | NO CLAIM FILED |
| 0032 | Guy Kyser | 27 Bliss Ave.<br>Woodland, CA  95695-2816 | NO CLAIM FILED |
| 0033 | Harley Flanagan | c/o Laura Lee Flanagan<br>110 Seaman Ave., #6E<br>New York, NY  10034 | NO CLAIM FILED |
| 0034 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>ACCT# 3998 | P O Box 12914<br>Norfolk, VA  23541 | $1,793.45 |
| 0035 | JAMES IRVINE | 195 Palatine Drive<br>Alhambra, CA  91801 | $5,000.00 |
| 0036 | James Rodriguez | 9392 Breakwater Cir.<br>Huntington Beach, CA  92646-7203 | NO CLAIM FILED |
| 0037 | Jeff Atta | 735 Barris Dr.<br>Fullerton, CA  92832 | NO CLAIM FILED |
| 0038 | Joe Becker | 36 Borica St.<br>San Francisco, CA  94127-2802 | NO CLAIM FILED |
| 0039 | Joey Ruffino | 21061 Inferno Ln.<br>Huntington Beach, CA  92646-6003 | NO CLAIM FILED |
| 0040 | John Curry | 73593 Pinyon St.<br>Palm Desert, CA  92260-4719 | NO CLAIM FILED |
| 0041 | John Denney | 3436 Dryades St.<br>New Orleans, LA  70115-5221 | NO CLAIM FILED |
| 0042 | John Duchac | 7515 Meadowview Ln.<br>Austin, TX  78752-1316 | NO CLAIM FILED |
| 0043 | Kurt Bauman | 16742 Daisy Ave.<br>Fountain Valley, CA  92708 | NO CLAIM FILED |
| 0044 | Kurt Bloch | 320 NW 53rd St.<br>Seattle, WA  98107-3527 | NO CLAIM FILED |
| 0045 | Kurt Heasley | 841 Woodland Church Rd.<br>Buckingham, VA  23921 | NO CLAIM FILED |
| 0046 | Larry Painter | 21 Lindholm Ln.<br>Bayside, CA  95524 | NO CLAIM FILED |
| 0047 | LOUIS MAYORGA | %Martorell Law APC Jean-Paul Le Clercq<br>6100 Center Drive, #1130<br>Los Angeles, CA  90045 | DISALLOWED |
| 0048 | Marc Martin | 51 Cayman Brac<br>Aliso Viejo, CA  92656-6003 | NO CLAIM FILED |
| 0049 | Mark Malone | 6678 Lindbergh Ave.<br>Fontana, CA  92336-4123 | NO CLAIM FILED |
| 0050 | Mary Sims | 5411 Russell Ave., #2<br>Los Angeles, CA  90027 | NO CLAIM FILED |

**\* \* \* EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY \* \* \***

| | | | |
|---|---|---|---|
| 0051 | Matt Simon | 1213 Grove Pl.<br>Fullerton, CA 92831 | NO CLAIM FILED |
| 0052 | LAW OFFICES OF MICHAEL B. ACKERMAN, ESQ. | 151 South Parkwood Avenue<br>Pasadena, CA 91107-4713 | $0.00 |
| 0053 | Mike Muir | P.O. Box 325<br>Somis, CA 93066 | NO CLAIM FILED |
| 0054 | Mike Patton | 1090 Arlington Pl.<br>Bogart, GA 30622 | NO CLAIM FILED |
| 0055 | Neil Gust | 60 Broadway, #6F<br>Brooklyn, NY 11249-8651 | NO CLAIM FILED |
| 0056 | Pam Atta<br>ACCT# 1000 | 1870 Skyline Way<br>Fullerton, CA 92831 | NO CLAIM FILED |
| 0057 | Patricia Vanian | 82 Somervell Road<br>Harrow, Middlesex HA2 8TT<br>ENGLAND<br>Harrow, | NO CLAIM FILED |
| 0058 | Penelope Houston | 6459 Hillgass Ave.<br>Oakland, CA 94618-1311 | NO CLAIM FILED |
| 0059 | Philip Soto | 502 Lee Pl.<br>Placentia, CA 92870 | NO CLAIM FILED |
| 0060 | Randy Stodola | 765 W. 1st St.<br>San Pedro, CA 90731-1984 | NO CLAIM FILED |
| 0061 | Rikk Agnew | P.O. Box 401<br>Joshua Tree, CA 92252 | NO CLAIM FILED |
| 0062 | Roger Kunkel | 2205 Shasta Dr.<br>Davis, CA 95616-6623 | NO CLAIM FILED |
| 0063 | Scott Guerin | 370 Giano Ave.<br>La Puente, CA 91744-5811 | NO CLAIM FILED |
| 0064 | Scott Lasken | 6 Evergreen Dr.<br>Placitas, NM 87043-8903 | NO CLAIM FILED |
| 0065 | Scott McCaughey | 3715 N. Kerby Ave.<br>Portland, OR 97227-1239 | NO CLAIM FILED |
| 0066 | Steve McDonald | 2600 Park Oak Dr.<br>Los Angeles, CA 90068-2544 | NO CLAIM FILED |
| 0067 | STEPHEN JULIAN TESLUK | 4840 Highway 66<br>Ashland, OR 97520 | $500.00 |
| 0068 | Tad Hutchison | 6559 35th St., #333<br>Seattle, WA 98115-7331 | NO CLAIM FILED |
| 0069 | Timothy J Carhart | 6064 E. Oakbrook St.<br>Long Beach, CA 90815-2227 | NO CLAIM FILED |
| 0070 | Tony Brandenburg | 153 N. Lima St.<br>Sierra Madre, CA 91024 | NO CLAIM FILED |
| 0071 | Tony Lash | 5336 SE 68th St.<br>Portland, OR 97206-5336 | NO CLAIM FILED |
| 0072 | U.S. Bank<br>ACCT# 1073 | P.O. Box 790408<br>St. Louis, MO 63179-0408 | NO CLAIM FILED |
| 0073 | U.S. Bank<br>ACCT# 9804 | P.O. Box 790179<br>St. Louis, MO 63179-0179 | NO CLAIM FILED |
| 0074 | Ward Dotson | Purok 4, Barangay Anonang<br>Anonang 8119<br>PHILIPPINES<br>Purok 4, | NO CLAIM FILED |
| 0075 | Wayne L. Greene | 2355 Westwood Blvd., #314<br>Los Angeles, CA 90064 | NO CLAIM FILED |
| 0076 | Jeff McDonald | 4800 Bryn Mawr Rd.<br>Los Angeles, CA 90027-1109 | NO CLAIM FILED |
| 0077 | Stuart T. Kindell | 926 E. Glendora Ave.<br>Orange, CA 92865-2846 | NO CLAIM FILED |
| 0078 | Matrix Financial Services Corporation | 446 Wrenplace Road<br>Fort Mill, SC 29715 | WITHDRAWN |

**\* \* \* EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY \* \* \***

DATED: April 08, 2024

Original is Signed.

Elizabeth F. Rojas, Trustee

| In Re:   Lisa Fancher | Chapter 13 |
|---|---|
| Debtor(s) | Case Number:  1:23-bk-10324-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15260 Ventura Blvd., Suite 830, Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled: <u>AMENDED NOTICE OF INTENT TO PAY CLAIMS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **<u>4/8/2024</u>**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (SV):  USTPREGION16.SV.ECF@USDOJ.GOV
JAMES R. SELTH:  JSELTH@WZTSLAW.COM

☐ Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>:**
On **<u>4/8/2024</u>**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

LISA FANCHER, PO BOX 22, SUN VALLEY, CA  91353-0022

☐ Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **<u>4/8/2024</u>**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/8/2024 | Ellen Latsch | /s/ Ellen Latsch |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**