**Elizabeth F. Rojas, Chapter 13 Trustee**
**15260 Ventura Blvd., Suite 830**
**Sherman Oaks, CA  91403**
**(818) 933-5700**
**www.ch13wla.com**

### STATUS REPORT FOR CASE # 1:23-bk-10324-VK AS OF 8/12/2024

**Lisa Fancher**
**PO Box 22**
**Sun Valley, CA  91353-0022**

| | |
|---|---|
| FILING DATE: | 03/16/2023 |
| 1ST MEETING DATE: | 05/17/2023 |
| CONFIRMATION DATE: | 07/11/2023 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 100.00% |
| MONTHLY PLAN PMT: | $2,912.00 |
| GROSS RECEIPTS: | $51,828.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $29,387.47 |
| FEES PAID TO ATTY: | $14,636.93 |
| FEES PAID TO TRUSTEE: | $5,182.80 |
| REFUNDS TO DEBTOR: | $0.00 |
| BALANCE ON HAND: | $2,620.80 |

| LAST 12 RECEIPTS | |
|---|---|
| 07/17/2024 | $2,912.00 |
| 06/17/2024 | $2,912.00 |
| 05/17/2024 | $2,912.00 |
| 04/17/2024 | $2,912.00 |
| 03/18/2024 | $2,912.00 |
| 02/20/2024 | $2,912.00 |
| 01/18/2024 | $2,912.00 |
| 12/18/2023 | $2,912.00 |
| 11/17/2023 | $2,912.00 |
| 10/17/2023 | $2,912.00 |
| 09/18/2023 | $2,912.00 |
| 08/17/2023 | $2,912.00 |

**CURRENT CASE DISPOSITION:**
ACTIVE

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | JAMES R. SELTH | ATTORNEY FEE | | $21,741.58 | $21,741.58 | $14,636.93 | $0.00 | $7,104.65 |
| 0001 | NewRez LLC d/b/a SHELLPOINT MORTGAGE SERVICING ACCT# 7167 | PRINCIPAL RESIDENCE - OTHER | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | HYUNDAI LEASE TITLING TRUST ACCT# 2909 | SECURED CLASS 3 - VEHICLE | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | HYUNDAI LEASE TITLING TRUST | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | US BANK NATIONAL ASSOCIATION ACCT# 9804 | SECURED CLASS 3 | | $22,547.61 | $22,547.61 | $22,547.61 | $0.00 | $0.00 |
| 0005 | FRANCHISE TAX BOARD ACCT# 9896 | PRIORITY - TAXES | | $352.00 | $352.00 | $352.00 | $0.00 | $0.00 |
| 0006 | FRANCHISE TAX BOARD ACCT# 9896 | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | INTERNAL REVENUE SERVICE ACCT# 9896'21'22 | PRIORITY - TAXES | | $7,401.70 | $6,926.60 | $5,399.99 | $0.00 | $1,526.61 |
| 0008 | INTERNAL REVENUE SERVICE ACCT# 9896 | UNSECURED | | $0.00 | $492.63 | $0.00 | $0.00 | $492.63 |
| 0009 | Alicia Velasquez | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | Amery Smith | UNSECURED | | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | Bank of America ACCT# 1422 | UNSECURED | | $76.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | BMG Rights Management | UNSECURED | | $41,257.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | Brandt Peterson | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | Bruce Atta | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | CASEY ROYER | UNSECURED | | $5,000.00 | $11,155.96 | $0.00 | $0.00 | $11,155.96 |
| 0016 | Charlotte Caffey | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | JPMORGAN CHASE BANK, N.A. ACCT# 5715 | UNSECURED | | $6,820.95 | $6,820.95 | $87.49 | $0.00 | $6,733.46 |
| 0018 | Chip Kinman | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | Christine Cervenka | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | Cliff Roman | UNSECURED | | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | David Anthony Valdez | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | David Brown | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## STATUS REPORT FOR CASE # 1:23-bk-10324-VK AS OF 8/12/2024 (CONTINUED)

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0023 | Denise Mercedes | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | Dianne Chai | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0025 | Donald Bonebrake | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | KARISH & BJORGUM, PC | UNSECURED | | $0.00 | $14,000.00 | $179.57 | $0.00 | $13,820.43 |
| 0027 | Estate of Dix Denney | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0028 | Francis Agnew | UNSECURED | | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | George Belanger | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0030 | Glen Friedman | UNSECURED | | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0031 | Grant Estes | UNSECURED | | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0032 | Guy Kyser | UNSECURED | | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | Harley Flanagan | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0034 | PORTFOLIO RECOVERY ASSOCIATES, LLC ACCT# 3998 | UNSECURED | | $1,793.45 | $1,793.45 | $23.00 | $0.00 | $1,770.45 |
| 0035 | JAMES IRVINE | UNSECURED | | $5,000.00 | $8,000.00 | $102.61 | $0.00 | $7,897.39 |
| 0036 | James Rodriguez | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0037 | Jeff Atta | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0038 | Joe Becker | UNSECURED | | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0039 | Joey Ruffino | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0040 | John Curry | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0041 | John Denney | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0042 | John Duchac | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0043 | Kurt Bauman | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0044 | Kurt Bloch | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0045 | Kurt Heasley | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0046 | Larry Painter | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0047 | LOUIS MAYORGA | UNSECURED | | $40,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0048 | Marc Martin | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0049 | Mark Malone | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0050 | Mary Sims | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0051 | Matt Simon | UNSECURED | | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0052 | LAW OFFICES OF MICHAEL B. ACKERMAN, ESQ. | UNSECURED | | $0.00 | $52,700.00 | $675.96 | $0.00 | $52,024.04 |
| 0053 | Mike Muir | UNSECURED | | $35,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0054 | Mike Patton | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0055 | Neil Gust | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0056 | Pam Atta ACCT# 1000 | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0057 | Patricia Vanian | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0058 | Penelope Houston | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0059 | Philip Soto | UNSECURED | | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0060 | Randy Stodola | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0061 | Rikk Agnew | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0062 | Roger Kunkel | UNSECURED | | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0063 | Scott Guerin | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0064 | Scott Lasken | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0065 | Scott McCaughey | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0066 | Steve McDonald | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0067 | STEPHEN JULIAN TESLUK | UNSECURED | | $500.00 | $1,500.00 | $19.24 | $0.00 | $1,480.76 |
| 0068 | Tad Hutchison | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0069 | Timothy J Carhart | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0070 | Tony Brandenburg | UNSECURED | | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## STATUS REPORT FOR CASE # 1:23-bk-10324-VK AS OF 8/12/2024 (CONTINUED)

| TRUSTEE CLAIM # | CREDITOR NAME / ACCOUNT # | CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0071 | Tony Lash | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0072 | U.S. Bank ACCT# 1073 | UNSECURED | | $1,460.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0073 | U.S. Bank ACCT# 9804 | UNSECURED | | $22,221.65 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0074 | Ward Dotson | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0075 | Wayne L. Greene | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0076 | Jeff McDonald | UNSECURED | | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0077 | Stuart T. Kindell | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0078 | Matrix Financial Services Corporation | UNSECURED | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED:** $104,006.38

**Tax Information:** Local Bankruptcy Rules require you to turn over a complete copy of both your state and federal tax returns during the pendency of your case. You are also required to turn over state and federal tax refunds pursuant to the Order Confirming Plan. No reduction of the tax refunds is allowed unless specifically permitted in the Order Confirming Plan. All Earned Income Credits are considered part of your tax refund and must be included in the amount you turn over to the Trustee. Failure to do so in a timely manner may result in the dismissal of your case.

**Duplicate Claims:** You may believe that certain claims are listed twice, nevertheless, the Trustee is required to pay all claims until the Court directs otherwise. A letter to the Trustee will not stop payment on any claim, the debtor must instead secure an order from the Court. Please contact your attorney for assistance.

**Online Access:** The Trustee offers online access to your case in which you can view status reports, payment history, and much more. Please visit our website at www.ch13wla.com to sign up for an account.

**AutoPay:** The Trustee offers an easy and convenient way to have your plan payments automatically debited from your checking account. Please visit our website at www.ch13wla.com for more information.